**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

GARY WILLIAM HALLFORD,

        Plaintiff - Appellant,

   v.

HILLARY RODHAM CLINTON,

        Defendant - Appellee.

No. 10-17547

D.C. No. 3:10-cv-04488-WHA

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
William H. Alsup, District Judge, Presiding

Submitted March 8, 2011[**]

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

California state prisoner Gary Williams Hallford appeals pro se from the

district court's dismissal for failure to state a claim of his action seeking a Writ of

Prohibition against the Secretary of State to prevent her from enforcing an age

requirement in hiring employees for the United Nations. We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291.  We review de novo the district court's decision to dismiss Wilson's complaint under 28 U.S.C. § 1915A, *Ramirez v. Galaza*, 334 F.3d 850, 853 (9th Cir. 2003).  We affirm for the reasons stated by the district court in its order dismissing the case, filed on November 1, 2010.

**AFFIRMED.**